FILED
DISTRICT CLERK OF
JEFFERSON CO TEXAS
1/24/2025 1:00 AM
JAMIE SMITH
DISTRICT CLERK
25DCCV0102

NO. _____
(filled in by court)

| | |
|---|---|
| DAVID R PETE , ) | IN THE JUSTICE COURT |
| PLAINTIFF (Your Name), ) | |
| VS. ) | |
| ) | PRECINCT \_\_\_, PLACE BEAUMONT,TX |
| ) | |
| WALMART STORE LLC , ) | |
| DEFENDANT (Landlord). ) | JEFFERSON COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION FOR DEFAMATION OF CHARACTER

TO THE HONORABLE JUDGE OF THE COURT:

Plaintiff files this original petition against (WALMART STORES LLC) in the above-styled , and in support, shows the Court as follows:

### I. DISCOVERY

1. Plaintiff intends to conduct discovery under the following:(1 defendant publish and stated a false statement (2:That defendant (WALMART STORES LLC) did defame the character and repu of plaintiff (DAVID R PETE) 3: with the requisite degree of fault truth.

### II. PARTIES

2. DAVID R PETE , Plaintiff, is a resident of the jefferson , county of this Court, within Texas.

3. WALMART STORE LLC , Defendant, may be served at the following address:

   4145 DOWLEN RD ,BEAUMONT,TX 77706 .

### III. JURISDICTION AND VENUE

4. The amount of 10,000,000,000.00 in controversy is within the jurisdictional limits of this Court, and venue is proper as the cause of action arose in the county of this Court within Texas.

### IV. FACTS

5. Plaintiff character was defamed and falsely accused of harrassment of store manager

6. force to leave Defendant:( WALMART STORE AT 4145 DOWLEN RD BEAUMONT,TX 77706) did allow there manager (BRYANT) to defame my character by falsely acusing me of harrassing store manager and having police called i (DAVID R PETE) was illegally detain r before i was allowed to leave .This made me fear for my life.

Plaintiff's Original Petition FOR DEFAMATION OF CHARACTER AND FALSE ACCUSATION OF HARRASSMENT –
Page 1

Exhibit A

## V. CAUSE OF ACTION

7. Defendant (WALMART STORES LLC) is liable for defamation of character according to 28 .CODE :4101and CIVIL PRACTICE and remedies code chapter 73.LIBEL of Plaintiff (DAVID PETE) and for falsely accussing Plaintiff ( DAVID R PETE) of harrassment of store manager ,which by law are 'LIBEL' by statue and as well as oral defamation,refer to as slander

## VI. REQUEST FOR RELIEF

Plaintiff requests this Court grant the following relief:

a. Request that the court grant all damages punitive and compensatory with interest

b. The damages i seek is in the amount of $ 10,000,000,000.00

c. actual damages;

d. court costs; and

e. any other relief to which Plaintiff is entitled.

Respectfully submitted,

*DAVID R PETE*

Verified by pdfFiller
11/07/2024

_____
(Your Signature)

DAVID R PETE
(Your Printed Name)

6355 CHINN LN APT 2105
(Your Address)

BEAUMONT,TX
(Your City, State, Zip)

(409) 998-0229
(Your Phone Number)

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 96553269
Filing Code Description: Statement of Inability to Afford Costs
Filing Description: Statement of Inability to Afford Cost
Status as of 1/24/2025 8:56 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| david rpete | | dpetedavidpete@yahoo.com | 1/24/2025 1:00:21 AM | SENT |

Exhibit A