# Case Summary

📄 File on Case   📁 View Filings   🔄 Refresh   🖨 Print (DocketBrowser?caseId=1055778)   ✏️ Edit   🗑

Delete

**25DCCV0102: David R Pete vs. Walmart Stores LLC**

🕒 Last Update: 01/24/2025 01:22 PM CST

## Case Information

**Case Number**
25DCCV0102

**Case Type**
Civil - Other Civil - Other Civil

**Court Location**
Jefferson County - 136th District Court

**Judge**
Wortham, Baylor

**Case Name/Title**
David R Pete vs. Walmart Stores LLC

**Status**
Active - 01/23/2025 06:00 PM CST

## Party Information

**Plaintiff**
Pete, David R
6355 Chinn Lane, Apt. 2105

Exhibit B

Beaumont, TX 77708

**Defendant**
Walmart Stores LLC Walmart Stores LLC
4145 DOWLEN RD

BEAUMONT, TX 77706

**Service Contacts**

⊕ Add Service Contact

**Document Index**

🛈 **Important Note:** The documents listed above are NOT the official docket and is NOT comprehensive. To view the official court record you must visit the Court or Court's website.

Exhibit B



Exhibit B



Exhibit B