# Civil Case Summary
# Case Summary
## Case No. 25DCCV0102

**David R Pete vs. Walmart Stores LLC**

§
§
§
§

Location: **136th District Court**
Judicial Officer: **Wortham, Baylor**
Filed on: **01/24/2025**

| CASE INFORMATION |
|---|

Case Type: **Other Civil**

Case Status: **01/24/2025 Active**

| DATE | CASE ASSIGNMENT |
|---|---|

**Current Case Assignment**
Case Number        25DCCV0102
Court              136th District Court
Date Assigned      01/24/2025 8:55 AM
Judicial Officer   Wortham, Baylor

| PARTY INFORMATION |
|---|

*Lead Attorneys*

**Plaintiff**    **Pete, David R**                               **Pro Se**
                                                                 409-998-0229(H)

**Defendant**    **Walmart Stores LLC**                          **SPIVEY, KAREN**
                                                                 *Retained*
                                                                 409-835-5011(W)

| DATE | EVENTS & ORDERS OF THE COURT |
|---|---|
| 01/24/2025 | New Cases Filed (OCA) |
| 01/24/2025 | Statement of Inability to Afford Costs<br>*Statement of Inability to Afford Cost* |
| 01/24/2025 | Original Petition<br>*Petition* |
| 02/20/2025 | Original Answer<br>Party: Defendant Walmart Stores LLC<br>*Original Answer on behalf of Deft, Walmart Texas, LLC (incorrectly named as Walmart Stores, LLC)* |
| 02/20/2025 | Jury Demand |

Exhibit D