UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID R PETE <br>     Plaintiff | § § § | CIVIL ACTION |
| VS. | § § | NO. 1:25-CV-00104 |
| WALMART STORE LLC <br>     Defendant | § § | JURY |

LIST OF PARTIES AND COUNSEL

Pursuant to Local Rule CV-81, Defendant provides the following information regarding this matter:

1. This case is pending under Cause No. 25DCCV0102 in the 136th Judicial District Court of Jefferson County, Texas, located at 1085 Pearl Street, Beaumont, TX 77701.

2. The parties and their respective counsel are as follows:

    a.    Plaintiff -    David R. Pete
                                        PRO SE PLAINTIFF
                                        dpetedavidpete@yahoo.com
                                        6355 Chinn Lane, Apt. 2105
                                        Beaumont, TX 77708
                                        Ph:    409-998-0229

    b.    Defendant -    Walmart Stores Texas, LLC (incorrectly named as Walmart Store LLC)
            Counsel -    Karen L. Spivey
                                  Texas Bar No. 18955100
                                  Federal Id. No.11680
                                  KarenSpivey@mehaffyweber.com
                                  William F. Thorne
                                  Texas Bar No. 24102569
                                  Federal Id. No. 3144430
                                  Gordon R. Pate
                                  Texas Bar No. 15563000
                                  Federal Id. No. 9811
                                  GordonPate@mehaffyweber.com
                                  MEHAFFY WEBER, P.C.
                                  P.O. Box 16
                                  Beaumont, TX 77704-0016
                                  2615 Calder Avenue, Suite 800
                                  Beaumont, TX 77702

Exhibit E

       Ph: 409-835-5011
       Fx: 409-835-5177

## CERTIFICATE OF SERVICE

 I hereby certify that on the 5th day of March, 2025, a true and correct copy of the foregoing instrument was served upon *Pro Se* Plaintiff in accordance with the Federal Rules of Civil Procedure, by certified mail and email, addressed as follows:

David R. Pete
PRO SE PLAINTIFF
dpetedavidpete@yahoo.com
6355 Chinn Ln., Apt. 2105
Beaumont, TX 77708
Ph: 409-998-0229

       /s/ Karen L. Spivey
       KAREN L. SPIVEY