UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID R PETE<br>  Plaintiff | §<br>§<br>§ | CIVIL ACTION |
| VS. | §<br>§ | NO. 1:25-CV-00104 |
| WALMART STORE LLC<br>  Defendant | §<br>§<br>§ | JURY |

## STATE COURT INFORMATION

1.   State Court Information:

   Please identify the court from which the case is being removed and specify the number assigned to the case in that court:

   Other Court Name:   136th Judicial District Court of Jefferson County, Texas, located at 1085 Pearl Street, Beaumont, TX 77701.

   Other Court Number:   25DCCV0102

2.   Style of Case:   David R. Pete vs. Walmart Store LLC

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Cross-Claimant(s) and Third-Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

3.   Party and Party Type          Attorney(s)

   David R. Pete                David R. Pete
                                PRO SE PLAINTIFF
                                dpetedavidpete@yahoo.com
                                6355 Chinn Lane, Apt. 2105
                                Beaumont, TX 77708
                                Ph:   409-988-0229
                                **PRO SE PLAINTIFF**

   Walmart Stores Texas, LLC    Karen L. Spivey
                                Texas Bar No. 18955100
                                Federal Id. No.11680
                                KarenSpivey@mehaffyweber.com

1

Exhibit F

        William F. Thorne
Texas Bar No. 24102569
Federal Id. No. 3144430
WilliamThorne@mehaffyweber.com
Gordon R. Pate
Texas Bar No. 15563000
Federal Id. No. 9811
GordonPate@mehaffyweber.com
MEHAFFY WEBER, P.C.
P.O. Box 16
Beaumont, TX 77704-0016
2615 Calder Avenue, Suite 800
Beaumont, TX 77702
Ph:    409-835-5011
Fx:    409-835-5177
**ATTORNEYS FOR DEFENDANT, WALMART STORES TEXAS, LLC (INCORRECTLY NAMED AS WALMART STORE LLC)**

3. <u>Current Status:</u>    Pending

4. <u>Jury Demand:</u>
   Was a Jury Demand made in State Court:    Yes

   If "Yes", by which party and on what date?

   <u>Party:</u>    <u>Date:</u>
   Defendant    2-20-2025

Exhibit F