NO. _____
*(filled in by court)*

| | | |
|---|---|---|
| DAVID R PETE_____, | ) | IN THE JUSTICE COURT |
| PLAINTIFF (Your Name), | ) | |
| vs. | ) | |
| | ) | PRECINCT ___ , PLACE BEAUMONT,TX |
| | ) | |
| WALMART STORE LLC_____, | ) | |
| DEFENDANT (Landlord). | ) | JEFFERSON COUNTY, TEXAS |

**PLAINTIFF'S ORIGINAL PETITION FOR DEFAMATION OF CHARACTER**

TO THE HONORABLE JUDGE OF THE COURT:

Plaintiff files this original petition against (WALMART STORES LLC)

in the above-styled , and in support, shows the Court as follows:

### I. DISCOVERY

1. Plaintiff intends to conduct discovery under the following:(1 defendant publish and stated a false statement (2:That defendant (WALMART STORES LLC) did defame the character and repu of plaintiff (DAVID R PETE) 3: with the requisite degree of fault truth.

### II. PARTIES

2. DAVID R PETE_____, Plaintiff, is a resident of the jefferson , county of this Court, within Texas.

3. WALMART STORE LLC___ , Defendant, may be served at the following address:

   4145 DOWLEN RD ,BEAUMONT,TX 77706_____.

### III. JURISDICTION AND VENUE

4. The amount of 10,000,000,000.00 in controversy is within the jurisdictional limits of this Court, and venue is proper as the cause of action arose in the county of this Court within Texas.

### IV. FACTS

5. Plaintiff character was defamed and falsely accused of harrassement of store manager

6. force to leave Defendant:( WALMART STORE AT 4145 DOWLEN RD  BEAUMONT,TX 77706) did allow there manager (BRYANT) to defame my character  by falsely acusing me of harrassing store manager and having police called i  (DAVID R PETE)  was illegally detain m before i was allowed to leave .This made me fear for my life.

Exhibit A

## V. CAUSE OF ACTION

7. Defendant (WALMART STORES LLC) is liable for defamation of character according to 28 U .CODE :4101and CIVIL PRACTICE and remedies code chapter 73.LIBEL  of Plaintiff (DAVID PETE) and for falsely accussing  Plaintiff ( DAVID R PETE) of harrassment of store manage ,which by law are 'LIBEL' by statue and as well as oral defamation,refer to as slander

.

## VI. REQUEST FOR RELIEF

Plaintiff requests this Court grant the following relief:

a. Request that the court grant  all damages punitive and compensatory with interest

b. The damages i seek is in the amount of $ 10,000,000,000.00

c. actual damages;

d. court costs; and

e. any other relief to which Plaintiff is entitled.

Respectfully submitted,

*DAVID R PETE*

Verified by pdfFiller
11/07/2024

_____
(Your Signature)

 DAVID R PETE_____
(Your Printed Name)

 6355 CHINN LN APT 2105_____
(Your Address)

 BEAUMONT,TX_____
(Your City, State, Zip)

 (409) 998-0229_____
(Your Phone Number)

_____

Exhibit A