| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | |  | |
|---|---|---|---|
| DAVID R. PETE, | § | | |
| | § | | |
| Plaintiff, | § | | |
| | § | | |
| *versus* | § | CIVIL ACTION NO. 1:22-CV-00030 | |
| | § | | |
| DOUG MCMILLON, KATHRYN MCLAY, and DONNA MORRIS, | § § § | | |
| | § | | |
| Defendants. | § | | |

## FINAL JUDGMENT

The court has adopted the Magistrate Judge's report recommending that the court dismiss this case. Accordingly, it is **ORDERED** that Plaintiff David R. Pete take nothing, and the case is **DISMISSED**. The clerk of court is directed to close this case, and all pending motions are denied as moot.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 19th day of May, 2022.

_Marcia A. Crone_
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE

Exhibit C