**AMERICAN ARBITRATION ASSOCIATION®**

**DEMAND FOR ARBITRATION**
**CONSUMER ARBITRATION RULES**

Complete this form to start arbitration under an arbitration agreement in a contract.

| | |
|---|---|
| 1. Which party is sending in the filing documents? *(check one)* ☑ Consumer ☐ Business | |
| 2. Briefly explain the dispute: | |
| On May 2,2020 at approximately 1;14 pm i David R Pete reside at 6355 Chinn Ln #2105 Beaumont ,Tx 77708.enter the Walmart store located at 4145 Owlen RD in beaumont ,Tx 77707 after asking for mgr i engage in conversation about the line and immediately it turn into a debate and then he told me to leave without reason after i turn to go toward the clectronic i was was confronted by (beaumont police ) i fear for my life | |
| 3. Specify the amount of money in dispute, if any: $ 1.000.000.000 | |
| 4. State any other relief you are seeking: | |
| ☐ Attorney Fees ☐ Interest ☑ Arbitration Costs ☐ Other; explain: | |
| 5. Identify the requested city and state for the hearing if an in-person hearing is held: City: BEAUMONT | State: Texas |
| 6. Please provide contact information for both the Consumer and the Business. Attach additional sheets or forms as needed. | |

**Consumer:**

| | | |
|---|---|---|
| Name: DAVID R PETE | | |
| Address: 6355 CHINN LN #2105 | | |
| City: BEAUMONT | State: Texas | Zip Code: 77708 |
| Telephone: 4099980229/4092421918 | Fax: | |
| Email Address: DPETEDAVIDPETE@YAHOO.COM | | |

**Consumer's Representative (if known):**

| | | |
|---|---|---|
| Name: PRO/SE | | |
| Firm: | | |
| Address: | | |
| City: | State: Select... | Zip Code: |
| Telephone: | Fax: | |
| Email Address: | | |

**Business:**

| | | |
|---|---|---|
| Name: WALMART CORP | | |
| Address: 702 SW 8TH | | |
| City: BENTONVILLE | State: Arkansas | Zip Code: 72712 |
| Telephone: DOUG14792734000 | Fax: | |
| Email Address: WALMART.ORG | | |

American Arbitration Association, Case Filing Services, 1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043
https://www.adr.org  |  AAA Customer Service 1-800-778-7879

Exhibit D

AMERICAN ARBITRATION ASSOCIATION® **DEMAND FOR ARBITRATION**
**CONSUMER ARBITRATION RULES**

| Business' Representative (if known): | | |
|---|---|---|
| Name: WALMART CORP | | |
| Firm: MORGAN AND MORGAN LAWFIRM | | |
| Address: 20 NORTH ORANGE AVE ,SUITE 1600 | | |
| City: ORLANDO, | State: Florida | Zip Code: 32801 |
| Telephone: 18884073205 | Fax: | |
| Email Address: | | |
| Date: 05/05/2023 | | |

### 7. Send a copy of this completed form to the AAA together with:

- A clear, legible copy of the contract containing the parties' agreement to arbitrate disputes;
- The proper filing fee (filing fee information can be found in the Costs of Arbitration section of the Consumer Arbitration Rules); and
- A copy of the court order, if arbitration is court-ordered.

### 8. Send a copy of the completed form and any attachments to all parties and retain a copy of the form for your records.

To file by mail, send the initial filing documents and the filing fee to: AAA Case Filing Services, 1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043.

To file online, visit **www.adr.org** and click on **File or Access Your Case** and follow directions. To avoid the creation of duplicate filings, the AAA requests that the filing documents and payment be submitted together. When filing electronically, no hard copies are required.

Pursuant to Section 1284.3 of the California Code of Civil Procedure, consumers with a gross monthly income of less than 300% of the federal poverty guidelines are entitled to a waiver of arbitration fees and costs, exclusive of arbitrator fees. This law applies to all consumer agreements subject to the California Arbitration Act, and to all consumer arbitrations conducted in California. If you believe that you meet these requirements, you must submit a completed Affidavit for Waiver of Fees, available on our website.

Pursuant to New Jersey Statutes § 2A:23B-1 et seq, consumers with a gross monthly income of less than 300% of the federal poverty guidelines are entitled to a waiver of arbitration fees and costs, exclusive of arbitrator fees. This law applies to all consumer agreements subject to the New Jersey Arbitration Act, and to all consumer arbitrations conducted in New Jersey. If you believe that you meet these requirements, you must submit a completed Affidavit for Waiver of Fees, available on our website.

Exhibit D