UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID R PETE | § | CIVIL ACTION |
| Plaintiffs | § | |
| | § | |
| VS. | § | NO. 1:25-CV-00104 |
| | § | |
| WALMART STORE, LLC | § | |
| Defendant | § | JURY |

**ORDER GRANTING DEFENDANT WALMART STORES TEXAS, LLC (INCORRECTLY NAMED AS WALMART STORE LLC)'S MOTION TO DISMISS PLAINTIFF'S CAUSES OF ACTION UNDER RULE 12(b)(6)**

ON THIS DATE came on to be considered Defendant WALMART STORES TEXAS, LLC (INCORRECTLY NAMED AS WALMART STORE LLC)'s Rule 12(b)(6) Motion to Dismiss Plaintiff's Causes of Action, and the Court, having considered said motion, is of the opinion that same is meritorious and should be granted.

It is, therefore, ORDERED, ADJUDGED, and DECREED that said motion be and same is hereby GRANTED.

All of Plaintiff DAVID R. PETE's causes of action against WALMART STORES TEXAS, LLC (INCORRECTLY NAMED AS WALMART STORE LLC), are hereby dismissed with prejudice.

All taxable costs of court incurred by Defendant, WALMART STORES TEXAS, LLC (INCORRECTLY NAMED AS WALMART STORE LLC), are hereby assessed against Plaintiff, DAVID R. PETE, for which let execution issue.